# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Kenneth Bernard Brown**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:16-cv-00706-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill**,** | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 31, 2017 Order.

May 31, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court